# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-842
_____

JEFFREY ERTLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 2, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey Ertle, pro so, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.